**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**



| | |
|---|---|
| DAVID L. MORELAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| RANDAL J. HALL, *et. al.*, | ) ) |
| Defendants. | ) ) |

Case: 1:18-cv-03166
Assigned To : Unassigned
Assign. Date : 12/10/2018
Description: Pro Se Gen. Civ. (F-DECK)

## **MEMORANDUM OPINION**

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). A complaint "that is excessively long, rambling, disjointed, incoherent, or full of irrelevant and confusing material will patently fail [Rule 8(a)'s] standard, and so will a complaint that contains an untidy assortment of claims that are neither plainly nor concisely stated, nor

meaningfully distinguished from bold conclusions, sharp harangues and personal comments." *Jiggetts v. D.C.*, 319 F.R.D. 408, 413 (D.D.C. 2017), *aff'd sub nom. Cooper v. D.C.*, No. 17-7021, 2017 WL 5664737 (D.C. Cir. Nov. 1, 2017). The instant complaint falls within this category.

Plaintiff has filed a prolix complaint which consists of over 400 pages. He has also filed approximately 12 binders containing thousands of pages of exhibits. He sues 486 defendants. The complaint ranges in topics, including, but not limited to: various decades-old employment disputes, prior cases filed in other state and federal courts, and a discussion of plaintiff's opinions on world history and religion. As drafted, the complaint fails to meet the minimum pleading standard set forth in Rule 8(a). Plaintiff also fails to establish entitlement to relief or appropriate jurisdiction. Therefore, this case will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: January 3, 2019

United States District Judge